FILED
IN CLERKS OFFICE

2020 MAY -4 PM 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

5/4/2020

I Natasha Sarro hereby Swear that I have Been terrorized, kidnapped, Drugged, & raped by members of the Las Cruces Police Dept./A.T.F. they had Been poisoning our water Supply./well water/ which had an end Result of my mothers Cancer. which took her life. They have Stolen over. 100,000 dollars from my mothers account. & they are Now doing The Same to me. here in Massachusetts. I have evidnce that needs to be logged. because I have Been reciving Death threats daily, while they plan to kidnap me. & Kill me.

Sworn Testimony, Natasha Sarro

FILED
IN CLERKS OFFICE
2020 MAY 4 PM 3: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

I Natasha Sarro Just Turned in Affidavit for Kidnapping, Murder, & Robbery/Larceny on L.C.P.d Las Cruces P.d. and A.T.F. of New Mexico They have been stalking me, Cyber Hacking collecting D.N.A. / to frame me. Because I Con. Td. them. & forgot to put my phone #. pls call A.S.A.P.

Sincerely, Natasha Sarro

(413) 717-5928